UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| TIMOTHY CHRISTOPHER PITTMAN | ) | |
| STACI MICHELLE PITTMAN | ) | CASE NO. A10-70791-JB |
| | ) | |
| DEBTOR(S) | ) | |

**MOTION TO DISMISS**

COMES NOW, Mary Ida Townson, Standing Chapter 13 Trustee in the above-styled matter and files this, her Motion to Dismiss, respectfully showing the Court the following:

1.

The Debtor(s) filed for relief under Chapter 13 of Title 11 on April 09, 2010.

2.

Section 109(h), as added to the United States Bankruptcy Code by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, requires that an individual obtain credit counseling within the 180-day period preceding the date of filing in order to be eligible for relief under Title 11 of the United States Code. 11 U.S.C. § 109(h).

3.

The above-referenced counseling must be obtained from a nonprofit budget and credit counseling agency approved by the United States Trustee and a certificate from the approved agency that provided the credit counseling must be filed with the Court. 11 U.S.C. §§ 111 and 521(b).

4.

Section 109(h)(3) provides a waiver of the credit counseling requirement to individuals with exigent circumstances. 11 U.S.C. § 109(h)(3). To obtain this waiver, an individual must

file a certification with the Court that

    i.    describes the exigent circumstances that merit a waiver;

    ii.    states that he or she requested credit counseling services from an approved credit counseling agency, but was unable to obtain said services during the five-day period beginning on the date on which he or she made the request; and

    iii.    is satisfactory to the Court.

5.

According to the Court's docket, neither a certificate from an approved agency nor a certificate of exigent circumstances has been filed with the Court.

6.

As the requirements of 11 U.S.C. Section 109(h) have not been met, the Debtor(s) is (are) not eligible for relief under Title 11 of the United States Code.

WHEREFORE, based on the foregoing, the Trustee respectfully requests the Court inquire into the foregoing, dismiss the instant case, and grant such further relief as the Court deems just and proper.

                                              /s/
                                   Mary Ida Townson
                                   Standing Chapter 13 Trustee
                                   Georgia Bar Number 715063
                                   100 Peachtree Street, Suite 2700
                                   Atlanta, Georgia 30303
                                   (404) 525-1110
                                   maryidat@atlch13tt.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| TIMOTHY CHRISTOPHER PITTMAN | ) | |
| STACI MICHELLE PITTMAN | ) | CASE NO. A10-70791-JB |
| | ) | |
| DEBTOR(S) | ) | |

**NOTICE OF HEARING ON MOTION TO DISMISS CASE**

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss Case and related papers with the Court seeking an order dismissing this case.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion to Dismiss in Courtroom 1402 of the United States Courthouse, 75 Spring Street, SW, Atlanta, Georgia at  1:20 pm on 6/8/2010.

Your rights may be affected by the court's ruling on these pleadings. You should  read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

DATED: 4/26/2010

/S/
Mary Ida Townson
Chapter 13 Trustee
100 Peachtree Street, Suite 2700
Atlanta, GA  30303

## CERTIFICATE OF SERVICE

A10-70791-JB

This is to Certify that I have this day served

    TIMOTHY CHRISTOPHER PITTMAN
    3659 CRAGGY PERCH
    DOUGLASVILLE, GA  30135

    STACI MICHELLE PITTMAN
    3659 CRAGGY PERCH
    DOUGLASVILLE, GA  30135

    R&R LAW GROUP LP
    2199 LENOX ROAD, NE
    SUITE A
    ATLANTA, GA  30324

with a copy of the foregoing Motion to Dismiss together with the Notice of Hearing on

Motion to Dismiss Case by depositing in the United States Mail a copy of same in a

properly addressed envelope with adequate postage thereon.

DATED: 4/26/2010

                        /S/
                MARY IDA TOWNSON,TRUSTEE
                State Bar No. 715063
                100 Peachtree Street, Suite 2700
                Atlanta, GA  30303
                (404) 525-1110