**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303**

IN THE MATTER OF
**Timothy Christopher Pittman**

**Staci Michelle Pittman**
              Debtor(s),

CASE NUMBER.: **10–70791–jb**
CHAPTER:  **13**
JUDGE:  **Joyce Bihary**

NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

TO: Beneficial Georgia Inc. PROPOSED TRANSFEROR and

PRA Receivables Management LLC as agent of Portfolio Recovery Associates, LLC PROPOSED TRANSFEREE

Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above–named case.

Objections to this transfer, if any must be filed with the

Clerk, U. S. Bankruptcy Court
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

within 21 days from the date of this notice and a copy served upon the opposing party. If no objections are filed the transferee will be substituted as the claimant in this case.

Dated this December 8, 2010

M. Regina Thomas

Clerk of Court
U.S. Bankruptcy Court
Form 428

# CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: holmesy          Page 1 of 1          Date Rcvd: Dec 08, 2010
Case: 10-70791                Form ID: 428            Total Noticed: 5


The following entities were noticed by first class mail on Dec 10, 2010.
db/jtdb     +Timothy Christopher Pittman,   Staci Michelle Pittman,   3659 Craggy Perch,
             Douglasville, GA 30135-8718
aty         +Richard K. Valldejuli,   R&R Law Group, LP,   Suite A,   2199 Lenox Road, NE,
             Atlanta, GA 30324-4342
tr          +Mary Ida Townson,   Chapter 13 Trustee,   Suite 2700 Equitable Bldg.,   100 Peachtree Street, NW,
             Atlanta, GA 30303-1906
13260420    +Beneficial Georgia Inc.,   By PRA Receivables Management, LLC,
             c/o PRA Receivables Management, LLC,   PO Box 12907,   Norfolk, VA 23541-0907
13858530    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,   P.O. Box 41067,
             Norfolk, VA 23541-1067)

The following entities were noticed by electronic transmission.
NONE.                                                                            TOTAL: 0


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2010                    Signature:   _____